Sophie Majka, appellee, v. Metropolitan Life Ins. Co., defendant below. In the matter of petition of Leo M. Tarpey. Leo M. Tarpey, appellant. Gen. No. 40,164.

Heard in the second division of this court for the first district at the June term, 1938. Opinion filed December 13, 1938.

Theodore W. Schroeder and Leo M. Tarpey, *pro se.* Laurence M. Fine and Emil M. Haranta, for appellee.

Mr. Presiding Justice Friend delivered the opinion of the court.

Walter J. Flens and Frank W. Michalak, trading as Flens and Michalak, appellees, v. Polish National Alliance of United States of North America, appellant. Gen. No. 39,870.

Heard in the second division of this court for the first district at the December term, 1937. Opinion filed December 13, 1938.

Casimir E. Midowicz and Ewart Harris, for appellant. Walter J. Flens and Walter S. Vose, for appellees.

Mr. Justice Burke delivered the opinion of the court.

William Parrillo, appellee, v. Samual Bernstein, appellant. Gen. No. 39,959.

Heard in the second division of this court for the first district at the February term, 1938. Opinion filed December 13, 1938.

Moses, Kennedy, Stein & Bachrach, for appellant; Herbert H. Kennedy, of counsel. John A. Bloomingston, for appellee.

Mr. Justice Burke delivered the opinion of the court.

George Polos, appellee, v. Gust Boussis et al., appellants. Gen. No. 40,184.

Heard in the second division of this court for the first district at the June term, 1938. Opinion filed December 13, 1938.

Fred M. Fagenholz and B. M. Steiner, for appellants. David Raymond, for appellee.

Mr. Justice Burke delivered the opinion of the court.